# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL CHAVEZ,<br><br>    Plaintiff<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant | Case No.: 2:23-cv-01282-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Isabel Chavez's certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of plaintiff Isabel Chavez as required by the amendment to that rule.

I FURTHER ORDER plaintiff Isabel Chavez to file a proper certificate of interested parties by September 1, 2023.

DATED this 23rd day of August, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE